IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KIMBERLY LEWIS, *Individually
and as the Personal Representative
of the* ESTATE OF JOEL INBODY,

    Plaintiff,

v.

                                                        Case No. 2:25-CV-00321-MIS-GBW

UNITED STATES OF AMERICA,
and JOHN DOES 1-5,

    Defendants.

## ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

THIS MATTER is before the Court on Plaintiff's Motion for Leave to File First Amended Complaint filed on November 20, 2025 ("Motion"). ECF No. 9. For the reasons that follow, the Court will DENY Plaintiff's Motion as moot.

Plaintiff seeks leave to amend her Complaint filed on April 1, 2025, ECF No. 1, pursuant to Federal Rule of Civil Procedure 15. Mot. at 1. Rule 15 provides:

    **(a) Amendments Before Trial.**

        **(1)** *Amending as a Matter of Course.* A party may amend its pleading once as a matter of course not later than:

            **(A)** 21 days after serving it, or

            **(B)** if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

Defendant United States of America ("United States") submitted its Answer to Plaintiff's Complaint on November 20, 2025, ECF No. 8, the same day Plaintiff filed the instant Motion.

Pursuant to Rule 15(a)(1)(B), Plaintiff was not required to seek leave from the Court to file her First Amended Complaint so long as it was filed within 21 days of the United States's Answer. *See Askari v. Legarreta*, Civ. No. 25-220 GBW/KRS, 2025 WL 2966325, at *2 (D.N.M. Oct. 20, 2025) ("Because the Amended Complaint was filed 21 days after Defendant's responsive pleading, Plaintiff was not required to seek leave of the Court[.]"). Twenty-one days from the filing of the United States's Answer is December 11, 2025. *See* Fed. R. Civ. P. 6. As such, the Court will deny Plaintiff's Motion as moot and order Plaintiff to file her First Amended Complaint—attached as Exhibit A to her Motion in accordance with Local Rule 15.1—as a separate entry on the docket, as a matter of right under Rule 15(a)(1)(B).

**IT IS ORDERED** that Plaintiff's Motion for Leave to File First Amended Complaint, ECF No. 9, is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** the Plaintiff file her First Amended Complaint attached to her Motion as Exhibit A as a separate entry on the docket as a matter of right by the close of business on **THURSDAY, DECEMBER 11, 2025**.

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE