**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**KIMBERLY LEWIS, INDIVIDUALLY AND**
**AS PERSONAL REPRESENTATIVE**
**OF THE ESTATE OF JOEL INBODY,**

**Plaintiff,**

**No. 2:25-cv-00321-GBW-JHR**

**vs.**

**UNITED STATES OF AMERICA,**

**Defendant.**

**ORDER GRANTING MOTION TO EXTEND PLAINTIFF'S EXPERT REPORT DEADLINE**

THIS MATTER came before the Court on Plaintiff's Motion to Extend Expert Report Deadline, Doc. 53. The Court has considered the Motion, notes it is unopposed, and concludes that the Motion should be granted.

IT IS THEREFORE ORDERED that the Motion to Extend Plaintiff's Expert Report Deadline is hereby granted. The expert report of Dr. Gene Trevino shall be produced on or before September 8, 2026.

HON. JERRY H. RITTER
United States Magistrate Judge